Original

FILED CH

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

APR 28 2008
Apr 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# IN FORMA PAUPERIS APPLICATION AND FINANCIAL AFFIDAVIT

THOMAS O'FARRELL - K54340
Plaintiff

v.

EDDIE JONES, WARDEN
Defendant(s)

08CV2403
JUDGE SHADUR
MAG. JUDGE KEYS

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Thomas O'Farrell, declare that I am the ☒plaintiff ☐petitioner ☐movant (other________) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒Yes ☐No (If "No," go to Question 2)
   I.D. # K54340 Name of prison or jail: Pontiac Correctional Center
   Do you receive any payment from the institution? ☒Yes ☐No Monthly amount: $10.00

2. Are you currently employed? ☐Yes ☒No
   Monthly salary or wages:________
   Name and address of employer:________

   a. If the answer is "No":
      Date of last employment: May 7, 2004
      Monthly salary or wages: $24.00
      Name and address of last employer: Pontiac Correctional Center

   b. Are you married? ☐Yes ☒No BUT WIDOWED
      Spouse's monthly salary or wages: None
      Name and address of employer: None

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages ☐Yes ☒No
   Amount________ Received by________

b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☐No
Amount________________ Received by________________

c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☐No
Amount________________ Received by________________

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support ☐Yes ☐No
Amount________________ Received by________________

e. ☒ Gifts or ☐ inheritances ☒Yes ☐No
Amount $100.00 Received by Sent by parents 1-2 months apart

f. ☐Any other sources (state source:________________) ☐Yes ☐No
Amount________________ Received by________________

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts? ☐Yes ☒No Total amount:________
In whose name held:________________ Relationship to you:________________

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
Property:________________ Current Value:________________
In whose name held:________________ Relationship to you:________________

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☒No
Address of property:________________
Type of property:________________ Current value:________________
In whose name held:________________ Relationship to you:________________
Amount of monthly mortgage or loan payments:________________
Name of person making payments:________________

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ☐Yes ☒No
Property:________________
Current value:________________
In whose name held:________________ Relationship to you:________________

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
________________
________________

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: Apr 4, 2008

K54340
Signature of Applicant

Thomas O'Farrell - K54340
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, Thomas O'Farrell, I.D.# K54340, has the sum of $ 3.72 on account to his/her credit at (name of institution) Pontiac Corr. Center I further certify that the applicant has the following securities to his/her credit: ______. I further certify that during the past six months the applicant's average monthly deposit was $ 82.99. (Add all deposits from all sources and then divide by number of months).

4/4/08
DATE

SIGNATURE OF AUTHORIZED OFFICER

JANET JONES
(Print name)

rev. 7/18/02

# Pontiac Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 10/04/2007 thru End; Inmate: K54340; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: K54340 O'Farrell, Thomas** **Housing Unit: PON-SP-08-52**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | **Beginning Balance:** | **51.42** |
| 10/05/07 | Payroll | 20 Payroll Adjustment | 278120 | | P/R month of 09/2007 | 8.00 | 59.42 |
| 10/11/07 | Point of Sale | 60 Commissary | 284731 | 255562 | Commissary | -18.52 | 40.90 |
| 10/15/07 | Disbursements | 84 Library | 288320 | Chk #64700 | 518114, DOC - Library Copies, Inv. Date: 09/18/2007 | -.20 | 40.70 |
| 10/15/07 | Disbursements | 84 Library | 288320 | Chk #64700 | 518452, DOC - Library Copies, Inv. Date: 09/21/2007 | -.20 | 40.50 |
| 10/15/07 | Disbursements | 84 Library | 288320 | Chk #64700 | 518123, DOC - Library Copies, Inv. Date: 09/18/2007 | -.15 | 40.35 |
| 10/18/07 | Point of Sale | 60 Commissary | 291731 | 256241 | Commissary | -14.82 | 25.53 |
| 10/23/07 | Point of Sale | 60 Commissary | 296731 | 256655 | Commissary | -16.35 | 9.18 |
| 10/24/07 | Mail Room | 01 MO/Checks (Not Held) | 297262 | 375041 | O'Farrell, Tom | 50.00 | 59.18 |
| 10/24/07 | Mail Room | 01 MO/Checks (Not Held) | 297262 | 375042 | O'Farrell, Tom | 50.00 | 109.18 |
| 11/06/07 | Point of Sale | 60 Commissary | 310767 | 257510 | Commissary | -26.92 | 82.26 |
| 11/08/07 | Payroll | 20 Payroll Adjustment | 312120 | | P/R month of 10/2007 | 8.00 | 90.26 |
| 11/13/07 | Disbursements | 84 Library | 317320 | Chk #64999 | 520706, DOC - Library Copies, Inv. Date: 10/18/2007 | -2.45 | 87.81 |
| 11/13/07 | Disbursements | 84 Library | 317320 | Chk #64999 | 521216, DOC - Library Copies, Inv. Date: 10/24/2007 | -1.65 | 86.16 |
| 11/13/07 | Disbursements | 84 Library | 317320 | Chk #64999 | 521095, DOC - Library Copies, Inv. Date: 10/23/2007 | -.25 | 85.91 |
| 11/13/07 | Disbursements | 90 Medical Co-Pay | 317320 | Chk #65000 | 521463, DOC: 523 Fund Reimburs, Inv. Date: 10/26/2007 | -2.00 | 83.91 |
| 11/13/07 | Disbursements | 80 Postage | 317320 | Chk #65001 | 520635, Pitney Bowes Bank, Inc, Inv. Date: 10/18/2007 | -.49 | 83.42 |
| 11/16/07 | Point of Sale | 60 Commissary | 320753 | 258735 | Commissary | -19.05 | 64.37 |
| 11/28/07 | Point of Sale | 60 Commissary | 332767 | 259461 | Commissary | -25.60 | 38.77 |
| 12/04/07 | Point of Sale | 60 Commissary | 338731 | 259817 | Commissary | -24.42 | 14.35 |
| 12/07/07 | Payroll | 20 Payroll Adjustment | 341120 | | P/R month of 11/2007 | 8.00 | 22.35 |
| 12/11/07 | Mail Room | 01 MO/Checks (Not Held) | 345262 | 378828 | O'Farrell, Tom | 50.00 | 72.35 |
| 12/11/07 | Mail Room | 01 MO/Checks (Not Held) | 345262 | 378827 | O'Farrell, Tom | 50.00 | 122.35 |
| 12/12/07 | Disbursements | 84 Library | 346320 | Chk #65374 | 522845, DOC - Library Copies, Inv. Date: 11/14/2007 | -.30 | 122.05 |
| 12/12/07 | Disbursements | 84 Library | 346320 | Chk #65374 | 523664, DOC - Library Copies, Inv. Date: 11/26/2007 | -.05 | 122.00 |
| 12/12/07 | Disbursements | 90 Medical Co-Pay | 346320 | Chk #65375 | 523980, DOC: 523 Fund Reimburs, Inv. Date: 11/29/2007 | -2.00 | 120.00 |
| 12/12/07 | Disbursements | 80 Postage | 346320 | Chk #65376 | 524460, Pitney Bowes Bank, Inc, Inv. Date: 12/03/2007 | -.41 | 119.59 |
| 12/12/07 | Disbursements | 80 Postage | 346320 | Chk #65376 | 524459, Pitney Bowes Bank, Inc, Inv. Date: 12/03/2007 | -.41 | 119.18 |
| 12/13/07 | Point of Sale | 60 Commissary | 347731 | 260859 | Commissary | -26.05 | 93.13 |
| 12/18/07 | Point of Sale | 60 Commissary | 352731 | 261411 | Commissary | -19.58 | 73.55 |
| 12/27/07 | Point of Sale | 60 Commissary | 361774 | 262066 | Commissary | -29.56 | 43.99 |
| 12/31/07 | Mail Room | 01 MO/Checks (Not Held) | 365225 | 56806163381 | Freeman, Irene | 50.00 | 93.99 |
| 01/08/08 | Point of Sale | 60 Commissary | 008753 | 262645 | Commissary | -18.60 | 75.39 |
| 01/11/08 | Payroll | 20 Payroll Adjustment | 011120 | | P/R month of 12/2007 | 8.00 | 83.39 |
| 01/15/08 | Point of Sale | 60 Commissary | 015774 | 263459 | Commissary | -19.50 | 63.89 |
| 01/15/08 | Disbursements | 84 Library | 015320 | Chk #65576 | 527192, DOC: Library Copies, Inv. Date: 12/27/2007 | -1.75 | 62.14 |
| 01/15/08 | Disbursements | 90 Medical Co-Pay | 015320 | Chk #65579 | 527938, DOC: 523 Fund Reimburs, Inv. Date: 01/07/2008 | -2.00 | 60.14 |
| 01/15/08 | Disbursements | 80 Postage | 015320 | Chk #65580 | 526262, Pitney Bowes Bank, Inc, Inv. Date: 12/17/2007 | -2.05 | 58.09 |
| 01/23/08 | Point of Sale | 60 Commissary | 023753 | 264233 | Commissary | -18.92 | 39.17 |

# Pontiac Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 10/04/2007 thru End; Inmate: K54340; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: K54340 O'Farrell, Thomas** **Housing Unit: PON-SP-08-52**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 01/28/08 | Point of Sale | 60 Commissary | 028753 | 264630 | Commissary | -17.10 | 22.07 |
| 02/05/08 | Point of Sale | 60 Commissary | 036734 | 265205 | Commissary | -15.92 | 6.15 |
| 02/06/08 | Mail Room | 01 MO/Checks (Not Held) | 037262 | 382442 | O' Farrell, Tom | 50.00 | 56.15 |
| 02/06/08 | Mail Room | 01 MO/Checks (Not Held) | 037262 | 382441 | O' Farrell, Tom | 50.00 | 106.15 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039120 | | P/R month of 01/2008 | 8.00 | 114.15 |
| 02/11/08 | Point of Sale | 60 Commissary | 042734 | 265707 | Commissary | -19.18 | 94.97 |
| 02/13/08 | Disbursements | 84 Library | 044320 | Chk #65994 | 530090, DOC: Library Copies, Inv. Date: 01/31/2008 | -.25 | 94.72 |
| 02/13/08 | Disbursements | 84 Library | 044320 | Chk #65994 | 530341, DOC: Library Copies, Inv. Date: 02/06/2008 | -3.40 | 91.32 |
| 02/13/08 | Disbursements | 84 Library | 044320 | Chk #65994 | 529782, DOC: Library Copies, Inv. Date: 01/29/2008 | -1.20 | 90.12 |
| 02/13/08 | Disbursements | 84 Library | 044320 | Chk #65994 | 528893, DOC: Library Copies, Inv. Date: 01/17/2008 | -1.20 | 88.92 |
| 02/13/08 | Disbursements | 84 Library | 044320 | Chk #65994 | 529359, DOC: Library Copies, Inv. Date: 01/24/2008 | -2.55 | 86.37 |
| 02/13/08 | Disbursements | 80 Postage | 044320 | Chk #65997 | 529763, Pitney Bowes Bank, Inc, Inv. Date: 01/29/2008 | -.41 | 85.96 |
| 02/19/08 | Point of Sale | 60 Commissary | 050774 | 266387 | Commissary | -25.05 | 60.91 |
| 02/25/08 | Point of Sale | 60 Commissary | 056774 | 267009 | Commissary | -26.47 | 34.44 |
| 03/03/08 | Point of Sale | 60 Commissary | 063774 | 267569 | Commissary | -29.32 | 5.12 |
| 03/04/08 | Mail Room | 01 MO/Checks (Not Held) | 064262 | 384519 | O'Farrell, Tom | 50.00 | 55.12 |
| 03/04/08 | Mail Room | 01 MO/Checks (Not Held) | 064262 | 384520 | O'Farrell, Tom | 50.00 | 105.12 |
| 03/07/08 | Payroll | 20 Payroll Adjustment | 067120 | | P/R month of 02/2008 | 7.89 | 113.01 |
| 03/11/08 | Point of Sale | 60 Commissary | 071753 | 268236 | Commissary | -29.42 | 83.59 |
| 03/12/08 | Disbursements | 84 Library | 072320 | Chk #66241 | 532765, DOC - Library Copies, Inv. Date: 03/06/2008 | -.20 | 83.39 |
| 03/12/08 | Disbursements | 84 Library | 072320 | Chk #66241 | 532272, DOC - Library Copies, Inv. Date: 02/29/2008 | -.90 | 82.49 |
| 03/12/08 | Disbursements | 84 Library | 072320 | Chk #66241 | 531693, DOC - Library Copies, Inv. Date: 02/21/2008 | -.20 | 82.29 |
| 03/12/08 | Disbursements | 84 Library | 072320 | Chk #66241 | 531407, DOC - Library Copies, Inv. Date: 02/19/2008 | -.10 | 82.19 |
| 03/12/08 | Disbursements | 84 Library | 072320 | Chk #66241 | 531392, DOC - Library Copies, Inv. Date: 02/19/2008 | -1.75 | 80.44 |
| 03/12/08 | Disbursements | 84 Library | 072320 | Chk #66241 | 531109, DOC - Library Copies, Inv. Date: 02/14/2008 | -1.40 | 79.04 |
| 03/12/08 | Disbursements | 84 Library | 072320 | Chk #66241 | 532219, DOC - Library Copies, Inv. Date: 02/29/2008 | -.40 | 78.64 |
| 03/18/08 | Point of Sale | 60 Commissary | 078734 | 269115 | Commissary | -16.20 | 62.44 |
| 03/24/08 | Point of Sale | 60 Commissary | 084734 | 269587 | Commissary | -20.84 | 41.60 |
| 04/01/08 | Point of Sale | 60 Commissary | 092753 | 270067 | Commissary | -31.08 | 10.52 |

| | |
|---|---|
| **Total Inmate Funds:** | 10.52 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 6.80 |
| **Funds Available:** | 3.72 |
| **Total Furloughs:** | .00 |

Date: 4/4/2008

Time: 9:20am

d_list_inmate_trans_statement_composite

**Pontiac Correctional Center**

**Trust Fund**

Inmate Transaction Statement

REPORT CRITERIA - Date: 10/04/2007 thru End; Inmate: K54340; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: K54340 O'Farrell, Thomas**

**Housing Unit: PON-SP-08-52**

| | |
|---|---|
| **Total Inmate Funds:** | 10.52 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 6.80 |
| **Funds Available:** | 3.72 |
| **Total Voluntary Restitutions:** | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 03/26/2008 | 534393 | Disb | Library Copies | 2 DOC: 523 Fund Library | $0.20 |
| 03/27/2008 | 534505 | Disb | Library Copies | 2 DOC: 523 Fund Library | $0.30 |
| 04/03/2008 | 535081 | Disb | Library Copies | 2 DOC: 523 Fund Library | $0.70 |
| 04/03/2008 | 535082 | Disb | Library Copies | 2 DOC: 523 Fund Library | $5.60 |
| | | | | **Total Restrictions:** | **$6.80** |