## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2403 | **DATE** | 5/1/2008 |
| **CASE TITLE** | USA ex rel. Thomas O'Farrell vs. Eddie Jones | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Order. O'Farrell's application to proceed in forma pauperis is denied. (3-1) O'Farrell is ordered to remit the $5 filing fee to the Clerk of Court on or before May 15, 2008. The Illinois Attorney General's Office is ordered to file a response to the Petition on or before May 20, 2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|