**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:   08 C 2403

United States of America ex rel. Thomas O'Farrell v. Eddie Jones

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Eddie Jones

| |
|---|
| NAME (Type or print) <br> Michael R. Blankenheim |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Michael R. Blankenheim |
| FIRM <br> Office of the Illinois Attorney General |
| STREET ADDRESS <br> 100 West Randolph Street, 12th Floor |
| CITY/STATE/ZIP <br> Chicago, Illinois 60601-3218 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6289072 | TELEPHONE NUMBER <br> (312) 814-8826 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES  X | NO  ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES  ☐ | NO  X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES  ☐ | NO  X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES  ☐ | NO  X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

      I hereby certify that on May 12, 2008, I electronically filed an **Appearance** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and that on the same date I mailed by United States Postal Service the same to the following non-registered party:

Thomas O'Farrell, K54340
Pontiac Correctional Center
700 West Lincoln Street
P.O. Box 99
Pontiac, Illinois 61764

                                                <u>s/ Michael R. Blankenheim</u>
                                                MICHAEL R. BLANKENHEIM, Bar # 6289072
                                                Assistant Attorney General
                                                100 West Randolph Street, 12th Floor
                                                Chicago, Illinois 60601
                                                TELEPHONE: (312) 814-8826
                                                FAX: (312) 814-2253
                                                EMAIL: mblankenheim@atg.state.il.us