IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. THOMAS O'FARRELL, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | 08 C 2403 |
| EDDIE JONES, Warden, Pontiac Correctional Center, | ) ) ) | The Honorable Milton I. Shadur, |
| Respondent. | ) ) | Judge Presiding. |

## NOTICE OF MOTION

To:   Thomas O'Farrell, K54340
    Pontiac Correctional Center
    700 West Lincoln Street
    P.O. Box 99
    Pontiac, Illinois 61764

**Please Take Notice** that on May 21, 2008, at 9:15 a.m. or as soon thereafter as counsel may be heard, I will appear before the Honorable Milton I. Shadur, or any other judge sitting in his stead, in Courtroom 2303 at 219 South Dearborn, Chicago, Illinois, and then and there present the attached **Motion For Extension Of Time In Which To Comply With This Court's Order Of May 1, 2008**.

May 12, 2008                              Respectfully submitted,

                                        LISA MADIGAN
                                        Attorney General of Illinois

                         By:    s/ Michael R. Blankenheim
                               MICHAEL R. BLANKENHEIM, Bar # 6289072
                               Assistant Attorney General
                               100 West Randolph Street, 12th Floor
                               Chicago, Illinois 60601
                               TELEPHONE: (312) 814-8826
                               FAX: (312) 814-2253
                               EMAIL: mblankenheim@atg.state.il.us

**CERTIFICATE OF SERVICE**

       I hereby certify that on May 12, 2008, I electronically filed the foregoing **Notice of Motion** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and that on the same date I mailed by United States Postal Service the same to the following non-registered party:

  Thomas O'Farrell, K54340
  Pontiac Correctional Center
  700 West Lincoln Street
  P.O. Box 99
  Pontiac, Illinois 61764

                                             <u>s/ Michael R. Blankenheim</u>
                                             MICHAEL R. BLANKENHEIM, Bar # 6289072
                                             Assistant Attorney General
                                             100 West Randolph Street, 12th Floor
                                             Chicago, Illinois 60601
                                             TELEPHONE: (312) 814-8826
                                             FAX: (312) 814-2253
                                             EMAIL: mblankenheim@atg.state.il.us