Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2403 | **DATE** | 5/13/2008 |
| **CASE TITLE** | USA ex rel. Thomas O'Farrell vs. Eddie Jones | | |

**DOCKET ENTRY TEXT**

Enter Proposed Order. Petitioner is to be made available for a telephone conference on May 21, 2008 at 9:15 a.m.

■ [ For further detail see separate order(s).]

Notices mailed.



| | Courtroom Deputy Initials: | SN |
|---|---|---|