IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. THOMAS O'FARRELL, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) | 08 C 2403 |
| EDDIE JONES, Warden, Pontiac Correctional Center, | ) ) ) | The Honorable Milton I. Shadur, |
| Respondent. | ) | Judge Presiding. |

## PROPOSED ORDER

It is hereby ORDERED that:

1.   Respondent Eddie Jones, Warden of the Pontiac Correctional Center, make petitioner Thomas O'Farrell, K54340, available for a telephone conference on May 21, 2008 at 9:15 a.m., regarding respondent's Motion For Extension Of Time In Which To Comply With This Court's Order Of May 1, 2008. It is further ORDERED that:

2.   A copy of this order shall be faxed to Pontiac Correctional Center's Record Office Supervisor at 815-842-3051.

Entered: May 13, 2008

_____
Milton I. Shadur
Senior United States District Judge