UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Thomas O'Farrell
                Plaintiff,

v.                                Case No.: 1:08–cv–02403
                                        Honorable Milton I. Shadur

Eddie Jones
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

       MINUTE entry before the Honorable Milton I. Shadur:Motion for extension of time to June 19, 2008 to comply with this Court's order [8] is granted; Motion hearing held on 5/21/2008. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.