4 copies

FILED

JUN 1 2 2008 aew
6-12-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Thomas O'Farrell-K54340,       )
                    Plaintiff,)     Habeas Corpus Petition
                               )     Case #(08 C 2403)
                               )
        v.                     )     Honorable Milton I. Shadur
                               )     Presiding Judge
Eddie Jones, Warden,           )     Judge Keys
                    Defendant,)     Magistrate Judge

## MOTION FOR INSTRUCTIONS

NOW COMES, Thomas O'Farrell, Pro-Se, Plaintiff, who filed a
Habeas Corupus Petition in the above cationed case and request
from this Honorable Court instructions.   In support of said
motion, Plaintiff states:

1) Plaintiff filed a Habeas Corpus Petition in this
Honorable Court against Eddie Jones, who at the time of filing was
the Warden of the Pontiac Correctional Center, where Plaintiff is
currently incarcerated.

2) On June 4, 2008, Plaintiff was informed by staff, that
Eddie Jones was promoted within the Department of Corrections and
was no longer the warden of the Pontiac Correctional Center.

3) Plaintiff who wishes not to have his petition dismissed
due to incorrect facts request instructions as how to proceed
providing the current facts regarding the warden in charge of his
incarceration as the Pontiac Correctional Center is currently
without a number one warden and Eddie Jones is now a Deputy
Director within the Illinois Department of Corrections and is not
in charge of Plaintiff's incarceration.

4) Plaintiff is diligently pursuing to correct the warden of
record, but is without the legal knowledge as to how to accomplish
this task.

Therefore, Plaintiff prays that this honorable Court will
provide proper instruction as to correct this fact.

                                Thomas O'Farrell,
                                K54340, Pro-Se,
                                Plaintiff



## CERTIFICATE OF SERVICE

I, Thomas O'Farrell, Pro-Se, Plaintiff, swear under penalty of perjury that I served a copy of the attached document on Michael R. Blankenheim, Assistant Attorney General, 100 W. Randolph St. - 12th Floor, Chicago, Illinois 60601, by placing it into the U.S. Mail at the Pontiac Correctional Center on June 6 , 2008.

RE: Case #08 C 2403

Thomas O'Farrell,
K54340, Pro-Se,
Plaintiff