# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Thomas O'Farrell

                    Plaintiff,

v.                                       Case No.: 1:08–cv–02403
                                                Honorable Milton I. Shadur

Eddie Jones

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Enter Memorandum Order. This Court therefore orders the Attorney General's OFfice to file a response to O'Farrell's current filing, still focusing solely on the issue of timeliness or untimeliness, on or before July 25, 2008. This Court will then be in a position to address O'Farrell's motion for reconsideration on a better–informed basis.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.