Original
Document #3

FILED
8-4-2008
AUG 4 2008 mp
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| Thomas O'Farrell - K54340, ) | Habeas Corpus Petition |
| Plaintiff, ) | |
| ) | Case # 08 C 2403 |
| ) | |
| ) | Honorable Milton I. Shadur, |
| v. ) | |
| ) | Presiding Senior Judge |
| ) | |
| Joseph Mathy, Assistant Warden, ) | Judge Keys, |
| Defendant ) | |
| ) | Magistrate Judge |

MOTION FOR LEAVE TO FILE AND PROCEED ON APPEAL
IN FORMA PAUPERIS

NOW COMES, Thomas O'Farrell - K54340, Plaintiff, Pro-Se, who requests and prays that this Honorable Court will grant this motion allowing Plaintiff to proceed on appeal to the United States Court of Appeals, Seventh Circuit of Illinois In Forma Pauperis. In support of said motion, Plaintiff states as follows:

1) The following facts and statemnets herein this motion and attached affidavit are true and correct to the best of his knowledge.

2) Plaintiff is currently incarcerated in the Illinois Department of Corrections at the Pontiac Correctional Center, Pontiac, Illinois under I.D. #K54340.

3) Plaintiff has been incarcerated within the Department of Correction and the Cook County Department of Corrections since September 29, 1995.

4) Plaintiff from the beginning of these criminal proceedings has been represented by court appointed counsel due to his inability to pay the expences.

5) Plaintiff is currently without the funds to pay for these proceedings.

6) Plaintiff believes

-1-

6) Plaintiff believes in good faith that his claims are meritorious.

Date: <u>July 27, 2008</u>

Thomas O'Farrell-K54340
Plaintiff, Pro-Se

# FORM 4.
# AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

THOMAS CHARLES - K54340
A.B., Plaintiff

v.

JOSEPH MATHON, ASST. WARDEN
C.D., Defendant

United States District Court for the
NORTHERN District of ILLINOIS
EASTERN DIVISION

Case No. 08 C 2403

### Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: [signature]

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: July 27, 2008

My issues on appeal are:

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ Deceased | $ 0 | $ Deceased |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ 100.00 | $ | $ 100.00 | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |

87

| | | | | |
|---|---|---|---|---|
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify):_____ | $ | $ | $ | $ |
| Total monthly income: | $ $100.00 | $ ⊗ | $ $100.00 | $ ⊗ |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| INCARCERATED SINCE | September 28, 1995 | To Present Date | |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Deceased | | | |

4. How much cash do you and your spouse have? $ _____
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Pontiac Correctional Center | Trust fund | $14.34 | Deceased |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 (Value) |
|---|---|---|---|---|
| ⊗ | | ⊗ | | Make & year: ⊗ |
| | | | | Model: |

88

_____ Ø _____   _____ Ø _____   Registration # __ Ø __

Motor Vehicle #2         (Value)  Other assets    (Value)  Other assets    (Value)

Make & year: __ Ø __    __ Ø __    __ Ø __

Model: _____

Registration # _____

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

Person owing you or your spouse money    Amount owed to you    Amount owed to your spouse

__ Ø __    __ Ø __    __ Deceased __

7. State the persons who rely on you or your spouse for support.

Name    Relationship    Age

__ Ø __    __ Ø __    __ Ø __

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|   | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) | $ __ Ø __ | $ __ Deceased __ |
| Are real estate taxes included? [ ] Yes [ ]No | | |
| Is property insurance included? [ ] Yes [ ]No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ ___ | $ ___ |
| Home maintenance (repairs and upkeep) | $ ___ | $ ___ |
| Food | $ ___ | $ ___ |
| Clothing | $ ___ | $ ___ |
| Laundry and dry-cleaning | $ ___ | $ ___ |
| Medical and dental expenses | $ ___ | $ ___ |

| Expense | You | Spouse |
|---|---|---|
| Transportation (not including motor vehicle expenses) | $ ⊗ | $ Deceased |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|    Homeowner's or renter's | $ | $ |
|    Life | $ | $ |
|    Health | $ | $ |
|    Motor vehicle | $ | $ |
|    Other: _____ | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ | $ |
| Installment payments | | |
|    Motor Vehicle | $ | $ |
|    Credit card (name): _____ | $ | $ |
|    Department store (name): _____ | $ | $ |
|    Other: _____ | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ | $ |
| Other (specify): _____ | $ | $ |
| **Total monthly expenses:** | $ | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes [X] No   If yes, describe on an attached sheet.

10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes [X] No   If yes, how much? $ ⊗

If yes, state the attorney's name, address, and telephone number:

⊗
_____
_____
_____

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

90

[ ] Yes [X] No  If yes, how much? $ ∅

If yes, state the person's name, address, and telephone number:

∅

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

Plaintiff has been Incarcerated since September 28, 1995 To present Date with a projected outdate of September 19, 2020

13. State the address of your legal residence.

P.O. Box 99
Pontiac, Illinois 61764
Pontiac Correctional Center

Your daytime phone number: ( ∅ ) ∅

Your age: 43    Your years of schooling: 15

Your social-security number: 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

## CERTIFICATE

(TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER.)

I hereby certify that the plaintiff or petitioner in this action has the sum of $ _14.34_____ in his trust fund account at this correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution: _____.

_____

_Janit Jones_
Authorized Officer

_Pontiac Corr. Center_
Institution

_Acct Tech I_
Title

_7/28/08_
Date

IMPORTANT:

THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX MONTH LEDGER OF THE PLAINTIFF'S OR PETITIONER'S TRUST FUND ACCOUNT.

Revised July 2003

**Pontiac Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 01/28/2008 thru End;   Inmate: K54340;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: K54340 O'Farrell, Thomas**                    **Housing Unit: PON-SP-08-52**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Beginning Balance: | | 39.17 |
| 01/28/08 | Point of Sale | 60 Commissary | 028753 | 264630 | Commissary | | -17.10 | 22.07 |
| 02/05/08 | Point of Sale | 60 Commissary | 036734 | 265205 | Commissary | | -15.92 | 6.15 |
| 02/06/08 | Mail Room | 01 MO/Checks (Not Held) | 037262 | 382442 | O' Farrell, Tom | | 50.00 | 56.15 |
| 02/06/08 | Mail Room | 01 MO/Checks (Not Held) | 037262 | 382441 | O' Farrell, Tom | | 50.00 | 106.15 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039120 | | P/R month of 01/2008 | | 8.00 | 114.15 |
| 02/11/08 | Point of Sale | 60 Commissary | 042734 | 265707 | Commissary | | -19.18 | 94.97 |
| 02/13/08 | Disbursements | 84 Library | 044320 | Chk #65994 | 530090, DOC: Library Copies, Date: 01/31/2008 | Inv. | -.25 | 94.72 |
| 02/13/08 | Disbursements | 84 Library | 044320 | Chk #65994 | 530341, DOC: Library Copies, Date: 02/06/2008 | Inv. | -3.40 | 91.32 |
| 02/13/08 | Disbursements | 84 Library | 044320 | Chk #65994 | 529782, DOC: Library Copies, Date: 01/29/2008 | Inv. | -1.20 | 90.12 |
| 02/13/08 | Disbursements | 84 Library | 044320 | Chk #65994 | 528893, DOC: Library Copies, Date: 01/17/2008 | Inv. | -1.20 | 88.92 |
| 02/13/08 | Disbursements | 84 Library | 044320 | Chk #65994 | 529359, DOC: Library Copies, Date: 01/24/2008 | Inv. | -2.55 | 86.37 |
| 02/13/08 | Disbursements | 80 Postage | 044320 | Chk #65997 | 529763, Pitney Bowes Bank, Inc, Inv. Date: 01/29/2008 | | -.41 | 85.96 |
| 02/19/08 | Point of Sale | 60 Commissary | 050774 | 266387 | Commissary | | -25.05 | 60.91 |
| 02/25/08 | Point of Sale | 60 Commissary | 056774 | 267009 | Commissary | | -26.47 | 34.44 |
| 03/03/08 | Point of Sale | 60 Commissary | 063774 | 267569 | Commissary | | -29.32 | 5.12 |
| 03/04/08 | Mail Room | 01 MO/Checks (Not Held) | 064262 | 384519 | O'Farrell, Tom | | 50.00 | 55.12 |
| 03/04/08 | Mail Room | 01 MO/Checks (Not Held) | 064262 | 384520 | O'Farrell, Tom | | 50.00 | 105.12 |
| 03/07/08 | Payroll | 20 Payroll Adjustment | 067120 | | P/R month of 02/2008 | | 7.89 | 113.01 |
| 03/11/08 | Point of Sale | 60 Commissary | 071753 | 268236 | Commissary | | -29.42 | 83.59 |
| 03/12/08 | Disbursements | 84 Library | 072320 | Chk #66241 | 532765, DOC - Library Copies, Date: 03/06/2008 | Inv. | -.20 | 83.39 |
| 03/12/08 | Disbursements | 84 Library | 072320 | Chk #66241 | 532272, DOC - Library Copies, Date: 02/29/2008 | Inv. | -.90 | 82.49 |
| 03/12/08 | Disbursements | 84 Library | 072320 | Chk #66241 | 531693, DOC - Library Copies, Date: 02/21/2008 | Inv. | -.20 | 82.29 |
| 03/12/08 | Disbursements | 84 Library | 072320 | Chk #66241 | 531407, DOC - Library Copies, Date: 02/19/2008 | Inv. | -.10 | 82.19 |
| 03/12/08 | Disbursements | 84 Library | 072320 | Chk #66241 | 531392, DOC - Library Copies, Date: 02/19/2008 | Inv. | -1.75 | 80.44 |
| 03/12/08 | Disbursements | 84 Library | 072320 | Chk #66241 | 531109, DOC - Library Copies, Date: 02/14/2008 | Inv. | -1.40 | 79.04 |
| 03/12/08 | Disbursements | 84 Library | 072320 | Chk #66241 | 532219, DOC - Library Copies, Date: 02/29/2008 | Inv. | -.40 | 78.64 |
| 03/18/08 | Point of Sale | 60 Commissary | 078734 | 269115 | Commissary | | -16.20 | 62.44 |
| 03/24/08 | Point of Sale | 60 Commissary | 084734 | 269587 | Commissary | | -20.84 | 41.60 |
| 04/01/08 | Point of Sale | 60 Commissary | 092753 | 270067 | Commissary | | -31.08 | 10.52 |
| 04/04/08 | Mail Room | 01 MO/Checks (Not Held) | 095225 | 387313 | Ofarrell, Tom | | 50.00 | 60.52 |
| 04/04/08 | Mail Room | 01 MO/Checks (Not Held) | 095225 | 387314 | Ofarrell, Tom | | 50.00 | 110.52 |
| 04/07/08 | Point of Sale | 60 Commissary | 098774 | 270627 | Commissary | | -22.28 | 88.24 |
| 04/09/08 | Payroll | 20 Payroll Adjustment | 100120 | | P/R month of 03/2008 | | 8.00 | 96.24 |
| 04/15/08 | Disbursements | 84 Library | 106320 | Chk #66719 | 535082, DOC - Library Copies, Date: 04/03/2008 | Inv. | -5.60 | 90.64 |
| 04/15/08 | Disbursements | 84 Library | 106320 | Chk #66719 | 535265, DOC - Library Copies, Date: 04/07/2008 | Inv. | -.80 | 89.84 |
| 04/15/08 | Disbursements | 84 Library | 106320 | Chk #66719 | 534393, DOC - Library Copies, Date: 03/26/2008 | Inv. | -.20 | 89.64 |
| 04/15/08 | Disbursements | 84 Library | 106320 | Chk #66719 | 534505, DOC - Library Copies, Date: 03/27/2008 | Inv. | -.30 | 89.34 |

REPORT CRITERIA - Date: 01/28/2008 thru End;   Inmate: K54340;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: K54340 O'Farrell, Thomas**                     **Housing Unit: PON-SP-08-52**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 04/15/08 | Disbursements | 84 Library | 106320 | Chk #66719 | 535081, DOC - Library Copies, Inv. Date: 04/03/2008 | -.70 | 88.64 |
| 04/17/08 | Point of Sale | 60 Commissary | 108774 | 271438 | Commissary | -34.50 | 54.14 |
| 04/23/08 | Mail Room | 01 MO/Checks (Not Held) | 114262 | 388568 | O'Farrell, Tom | 50.00 | 104.14 |
| 04/23/08 | Mail Room | 01 MO/Checks (Not Held) | 114262 | 388567 | O'Farrell, Tom | 50.00 | 154.14 |
| 04/28/08 | Point of Sale | 60 Commissary | 119774 | 272522 | Commissary | -49.05 | 105.09 |
| 05/06/08 | Point of Sale | 60 Commissary | 127734 | 273039 | Commissary | -14.05 | 91.04 |
| 05/08/08 | Payroll | 20 Payroll Adjustment | 129120 | | P/R month of 04/2008 | 8.00 | 99.04 |
| 05/13/08 | Point of Sale | 60 Commissary | 134734 | 273793 | Commissary | -25.46 | 73.58 |
| 05/14/08 | Disbursements | 84 Library | 135320 | Chk #67093 | 536414, DOC: 523 Fund Library, Inv. Date: 04/23/2008 | -.10 | 73.48 |
| 05/14/08 | Disbursements | 84 Library | 135320 | Chk #67093 | 536057, DOC: 523 Fund Library, Inv. Date: 04/17/2008 | -53.90 | 19.58 |
| 05/14/08 | Disbursements | 84 Library | 135320 | Chk #67093 | 536573, DOC: 523 Fund Library, Inv. Date: 04/24/2008 | -.20 | 19.38 |
| 05/14/08 | Disbursements | 81 Legal Postage | 135320 | Chk #67095 | 536126, Pitney Bowes Bank, Inc, Inv. Date: 04/18/2008 | -5.05 | 14.33 |
| 05/14/08 | Disbursements | 81 Legal Postage | 135320 | Chk #67095 | 536127, Pitney Bowes Bank, Inc, Inv. Date: 04/18/2008 | -5.05 | 9.28 |
| 05/14/08 | Disbursements | 81 Legal Postage | 135320 | Chk #67095 | 536125, Pitney Bowes Bank, Inc, Inv. Date: 04/18/2008 | -5.05 | 4.23 |
| 05/19/08 | Point of Sale | 60 Commissary | 140774 | 274283 | Commissary | -3.83 | .40 |
| 05/21/08 | Mail Room | 01 MO/Checks (Not Held) | 142262 | 390664 | O'Farrell, Tom | 50.00 | 50.40 |
| 05/21/08 | Mail Room | 01 MO/Checks (Not Held) | 142262 | 390665 | O'Farrell, Tom | 50.00 | 100.40 |
| 06/03/08 | Point of Sale | 60 Commissary | 155774 | 275281 | Commissary | -58.39 | 42.01 |
| 06/06/08 | Payroll | 20 Payroll Adjustment | 158120 | | P/R month of 05/2008 | 8.00 | 50.01 |
| 06/09/08 | Point of Sale | 60 Commissary | 161734 | 275786 | Commissary | -34.18 | 15.83 |
| 06/13/08 | Mail Room | 01 MO/Checks (Not Held) | 165262 | 392706 | O'Farrell, Tom | 50.00 | 65.83 |
| 06/13/08 | Mail Room | 01 MO/Checks (Not Held) | 165262 | 392705 | O'Farrell, Tom | 50.00 | 115.83 |
| 06/16/08 | Point of Sale | 60 Commissary | 168774 | 276676 | Commissary | -21.25 | 94.58 |
| 06/16/08 | Disbursements | 84 Library | 168320 | Chk #67446 | 540647, DOC: 523 Fund Library, Inv. Date: 06/12/2008 | -.05 | 94.53 |
| 06/16/08 | Disbursements | 84 Library | 168320 | Chk #67446 | 540635, DOC: 523 Fund Library, Inv. Date: 06/12/2008 | -.40 | 94.13 |
| 06/16/08 | Disbursements | 84 Library | 168320 | Chk #67446 | 538441, DOC: 523 Fund Library, Inv. Date: 05/15/2008 | -.30 | 93.83 |
| 06/16/08 | Disbursements | 84 Library | 168320 | Chk #67446 | 540127, DOC: 523 Fund Library, Inv. Date: 06/06/2008 | -.40 | 93.43 |
| 06/16/08 | Disbursements | 84 Library | 168320 | Chk #67446 | 540540, DOC: 523 Fund Library, Inv. Date: 06/11/2008 | -.20 | 93.23 |
| 06/16/08 | Disbursements | 81 Legal Postage | 168320 | Chk #67448 | 540244, Pitney Bowes Bank, Inc, Inv. Date: 06/09/2008 | -.83 | 92.40 |
| 06/16/08 | Disbursements | 80 Postage | 168320 | Chk #67448 | 540182, Pitney Bowes Bank, Inc, Inv. Date: 06/06/2008 | -.42 | 91.98 |
| 06/24/08 | Point of Sale | 60 Commissary | 176750 | 277405 | Commissary | -20.04 | 71.94 |
| 07/08/08 | Point of Sale | 60 Commissary | 190767 | 277986 | Commissary | -10.02 | 61.92 |
| 07/11/08 | Payroll | 20 Payroll Adjustment | 193120 | | P/R month of 06/2008 | 8.00 | 69.92 |
| 07/14/08 | Mail Room | 01 MO/Checks (Not Held) | 196262 | 395053 | O'Farrell, Tom | 50.00 | 119.92 |
| 07/14/08 | Mail Room | 01 MO/Checks (Not Held) | 196262 | 395054 | O'Farrell, Tom | 50.00 | 169.92 |
| 07/15/08 | Point of Sale | 60 Commissary | 197750 | 278738 | Commissary | -49.98 | 119.94 |
| 07/15/08 | Disbursements | 84 Library | 197320 | Chk #67730 | 542189, DOC: 523 Fund Library, Inv. Date: 07/03/2008 | -.10 | 119.84 |
| 07/15/08 | Disbursements | 84 Library | 197320 | Chk #67730 | 541214, DOC: 523 Fund Library, Inv. Date: 06/20/2008 | -.85 | 118.99 |

Date: 7/28/2008
Time: 10:58am
d_list_inmate_trans_statement_composite

**Pontiac Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 3

REPORT CRITERIA - Date: 01/28/2008 thru End;   Inmate: K54340;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: K54340 O'Farrell, Thomas**                                    **Housing Unit: PON-SP-08-52**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 07/15/08 | Disbursements | 84 Library | 197320 | Chk #67730 | 541749, DOC: 523 Fund Library, Inv. Date: 06/26/2008 | -20.70 | 98.29 |
| 07/15/08 | Disbursements | 81 Legal Postage | 197320 | Chk #67732 | 541673, Pitney Bowes Bank, Inc, Inv. Date: 06/26/2008 | -4.80 | 93.49 |
| 07/15/08 | Disbursements | 81 Legal Postage | 197320 | Chk #67732 | 541679, Pitney Bowes Bank, Inc, Inv. Date: 06/26/2008 | -4.80 | 88.69 |
| 07/15/08 | Disbursements | 81 Legal Postage | 197320 | Chk #67732 | 541680, Pitney Bowes Bank, Inc, Inv. Date: 06/26/2008 | -2.87 | 85.82 |
| 07/18/08 | Disbursements | 88 Art Supplies | 200320 | Chk #67794 | 07/18/08, Dick Blick Art Mater, Inv. Date: 07/18/2008 | -26.05 | 59.77 |
| 07/21/08 | Point of Sale | 60 Commissary | 203774 | 279396 | Commissary | -24.46 | 35.31 |
| 07/28/08 | Point of Sale | 60 Commissary | 210753 | 280032 | Commissary | -16.22 | 19.09 |

|  |  |
|---|---|
| Total Inmate Funds: | 19.09 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 4.75 |
| Funds Available: | 14.34 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 07/18/2008 | 543356 | Disb | Library Copies | 2 DOC: 523 Fund Library | $2.90 |
| 07/25/2008 | 543934 | Disb | Library Copies | 2 DOC: 523 Fund Library | $1.85 |
|  |  |  |  | **Total Restrictions:** | **$4.75** |