Original Document #2

FILED
8-4-2008
AUG 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHN

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Thomas O'Farrell-K54340, | ) | Habeas Corpus Petition |
| Plaintiff, | ) | Case #08 C 2403 |
| | ) | Honorable Milton I. Shadur, |
| v. | ) | Presiding Senior Judge |
| | ) | |
| Joseph Mathy, Assistant Warden, | ) | Judge Keys, |
| Defendant, | ) | Magistrate Judge |

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Thomas O'Farrell, K54340, Pro-Se, Plaintiff in the aboce case, will appeal to the United States Court of Appeals, Seventh Circuit from an order issued by the Honorable Milton I. Shadur, Senior Judge of the United States District Court for the Northern District of Illinois, Eastern Division which dismissed Plaintiff's petition for writ of habeas corpus entered in this action on June 18, 2008 and the denial of Plaintiff's motion for reconsideration and leave to file reply to State's limited response to petition for writ of habeas corpus instanter entered in this action on July 21, 2008.

Date:July 27, 2008

_____
Thomas O'Farrell-K54340,
Plaintiff, Pro-Se
P.O. Box 99
Pontiac, Illinois 61764