# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2403 | **DATE** | 8/13/2008 |
| **CASE TITLE** | USA ex rel. Thomas O'Farrell vs. Joseph Mathy | | |

**DOCKET ENTRY TEXT**

Enter Statement and Memorandum. This Court has determined that O'Farrell has not made a substantial showing of the denial of a constitutional right, and it therefore finds that no Certificate of Appealability should issue. (29-1) Motion for leave to file without prepayment of the filing fee is granted. (27-1) Petitioner is assessed an initial payment of $24.93. Monthly payments shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $455 in appellate filing fees is paid.

■ [ For further detail see separate order(s).]      Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|