

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**                                                                                              312-435-5670

August 19, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: O'Farrell -v- Jones

U.S.D.C. DOCKET NO. : 08 cv 2403

U.S.C.A. DOCKET NO. : 08 - 3111

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

   VOLUME(S) OF PLEADING(S)                    *1 Volume of Pleadings*

   VOLUME(S) OF TRANSCRIPT(S)

   VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):                               *3 Loose Pleadings*

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                        Very truly yours,

                                        Michael W. Dobbins, Clerk

                                        By:_____
                                            D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

*1 Volume of Pleadings*
*3 Loose Pleadings*

In the cause entitled: O'Farrell -v- Jones.

USDC NO.   : 08 cv 2403

USCA NO.   : 08 - 3111

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 19th day of Aug. 2008.

        MICHAEL W. DOBBINS, CLERK

        By: _____
           D. Jordan, Deputy Clerk

# United States District Court
### Northern District of Illinois
### 219 South Dearborn Street
### Chicago, Illinois  60604

I, MICHAEL W. DOBBINS, CLERK of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the following is transmitted as part of the record on appeal in the cause entitled:

USDC No.: 08 cv 2403

USCA No.: 08 - 3111

| FILED DATE | ITEM NO. | DESCRIPTION |
|---|---|---|
| 4/28/08 | 1 | PETITION |
| 6/17/08 | 20 | STATE COURT RECORD |
| 7/1/08 | 21 | MOTION by petitioner |

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the aforesaid court at Chicago Illinois, this 19th day of Aug. 2008.

MICHAEL W. DOBBINS, CLERK

By:_____
    D. Jordan, Deputy Clerk

APPEAL, HABEAS, KEYS, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08-cv-02403
## Internal Use Only

O'Farrell v. Jones et al  
Assigned to: Honorable Milton I. Shadur  

Case in other court:         08-03111

Cause: 28:2241 Petition for Writ of Habeas Corpus

Date Filed: 04/28/2008  
Date Terminated: 06/18/2008  
Jury Demand: None  
Nature of Suit: 530 Prisoner: Habeas Corpus  
Jurisdiction: Federal Question  

**Petitioner**

**Thomas O'Farrell**  
*United States of America, ex rel.*

represented by **Thomas O'Farrell**  
#K-54340  
Pontiac - PON  
P.O. Box 99  
Pontiac, IL 61764  
PRO SE  

V.

**Respondent**

**Eddie Jones**  
*Warden*

represented by **Michael Ryan Blankenheim**  
Office of the Attorney General  
100 West Randolph Street  
Chicago, IL 60601  
(312) 814-8826  
Email: mblankenheim@atg.state.il.us  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Service List**

represented by **Chief of Criminal Appeals**  
Attorney General's Office  
100 West Randolph - 12 Floor  
Chicago, IL 60601

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/28/2008 S/C | 1 | RECEIVED PETITION for writ of habeas corpus and 1 copy filed by Thomas O'Farrell against Eddie Jones (Attachments: # 1 Exhibit 16-1, # 2 Cont'd I-155, # 3 Cont'd 16-57).(Poor Quality Original-Paper Document on File)(gej, ) (Entered: 04/30/2008) |
| 04/28/2008 | 2 | CIVIL Cover Sheet (gej, ) (Entered: 04/30/2008) |
| 04/28/2008 | 3 | APPLICATION by Petitioner Thomas O'Farrell for leave to proceed in forma pauperis; (Attachments). (gej, ) (Entered: 04/30/2008) |
| 04/28/2008 | 4 | POST MARKED envelope for initiating document by Thomas O'Farrell (Document not scanned) (aew, ) (Entered: 05/02/2008) |
| 04/30/2008 |  | MAILED Copy of Petition for Writ of Habeas Corpus to Chief of Criminal Appeals by certified mail, number 7006 0100 0001 7312 6295. (gej, ) (Entered: 04/30/2008) |
| 05/01/2008 | 5 | MINUTE entry before Judge Honorable Milton I. Shadur: Enter Memorandum Order. O'Farrell's application to proceed in forma pauperis is denied.(3-1) O'Farrell is ordered to remit the $5 filing fee to the Clerk of The Court on or before May 15,2008. The Illinois Attorney General's Office is ordered to file a response to the response to the Petition on or before May 20,2008.Mailed notice (vcf, ) (Entered: 05/05/2008) |
| 05/01/2008 | 6 | MEMORANDUM Order Signed by Judge Honorable Milton I. Shadur on 5/1/2008.(vcf, ) (Entered: 05/05/2008) |
| 05/12/2008 | 7 | ATTORNEY Appearance for Respondent Eddie Jones by Michael Ryan Blankenheim (Blankenheim, Michael) (Entered: 05/12/2008) |
| 05/12/2008 | 8 | MOTION by Respondent Eddie Jones for extension of time *in which to comply with this Court's order of May 1, 2008* (Blankenheim, Michael) (Entered: 05/12/2008) |
| 05/12/2008 | 9 | NOTICE of Motion by Michael Ryan Blankenheim for presentment of extension of time 8 before Honorable Milton I. Shadur on 5/21/2008 at 09:15 AM. (Blankenheim, Michael) (Entered: 05/12/2008) |
| 05/13/2008 | 10 | MINUTE entry before Judge Honorable Milton I. Shadur:Enter Proposed Order. Petitioner is to be made available for a telephone conference on May 21, 2008 at 9:15 a.m.Mailed notice (gej, ) (Entered: 05/15/2008) |
| 05/13/2008 | 11 | ORDER Signed by Judge Honorable Milton I. Shadur on 5/13/2008.(gej, ) (Entered: 05/15/2008) |
| 05/21/2008 | 12 | MINUTE entry before the Honorable Milton I. Shadur:Motion for extension |

| | | |
|---|---|---|
| | | of time to June 19, 2008 to comply with this Court's order 8 is granted; Motion hearing held on 5/21/2008. Mailed notice (srn, ) (Entered: 05/22/2008) |
| 06/12/2008 | 15 | MOTION by Petitioner Thomas O'Farrell for Instructions. (gej, ) (Entered: 06/16/2008) |
| 06/13/2008 | 13 | MINUTE entry before the Honorable Milton I. Shadur:Enter Memorandum Order. Accordingly, as and when the Assistant Attorney General assigned to this case provides the necessary information, an order of substitution will be entered, but in the meantime the action will proceed as originally contemplated without the need for any further action on O'Farrell's part.Mailed notice (srn, ) (Entered: 06/13/2008) |
| 06/13/2008 | 14 | MEMORANDUM Order Signed by the Honorable Milton I. Shadur on 6/13/2008:Mailed notice(srn, ) (Entered: 06/13/2008) |
| 06/17/2008 | 16 | Limited Response to Petition for Writ of Habeas Corpus by Eddie Jones (Blankenheim, Michael) (Entered: 06/17/2008) |
| 06/17/2008 **S/C** | 20 | STATE Court Record (Attachments: # 1 Continuance #1 of Document, # 2 Continuance #2 of Document)(gej, ) (Poor Quality Original-Paper Document on File) (Entered: 06/19/2008) |
| 06/18/2008 | 17 | MINUTE entry before the Honorable Milton I. Shadur: Enter Memorandum Order. Pursuant to Section 2254 Rule 4, both the Petition and this action are dismissed.Civil case terminated. Mailed notice (srn, ) (Entered: 06/19/2008) |
| 06/18/2008 | 18 | MEMORANDUM Order Signed by the Honorable Milton I. Shadur on 6/18/2008:Mailed notice(srn, ) (Entered: 06/19/2008) |
| 06/19/2008 | 19 | ENTERED JUDGMENT Signed on 6/19/2008:(srn, ) (Entered: 06/19/2008) |
| 07/01/2008 **S/C** | 21 | MOTION by Petitioner Thomas O'Farrell for reconsideration and leave to file Reply to State's Limited Response to Petition for Writ of Habeas Corpus Instanter; (Attachment). (gej, )(Poor Quality Original - Paper Document on File). (Entered: 07/03/2008) |
| 07/09/2008 | 22 | MINUTE entry before the Honorable Milton I. Shadur:Enter Memorandum Order. This Court therefore orders the Attorney General's OFfice to file a response to O'Farrell's current filing, still focusing solely on the issue of timeliness or untimeliness, on or before July 25, 2008. This Court will then be in a position to address O'Farrell's motion for reconsideration on a better-informed basis.Mailed notice (srn, ) (Entered: 07/09/2008) |
| 07/09/2008 | 23 | MEMORANDUM Order Signed by the Honorable Milton I. Shadur on 7/9/2008:Mailed notice(srn, ) (Entered: 07/09/2008) |
| 07/16/2008 | 24 | RESPONSE by Eddie Jonesin Opposition to MOTION by Petitioner Thomas O'Farrell for reconsiderationMOTION by Petitioner Thomas O'Farrell for leave to file 21 (Blankenheim, Michael) (Entered: 07/16/2008) |

| | | |
|---|---|---|
| 07/21/2008 | 25 | MINUTE entry before the Honorable Milton I. Shadur: Enter Memorandum Order. Motion for reconsideration 21 is denied.; Motion for leave to file 21 is grantedMailed notice (srn, ) (Entered: 07/22/2008) |
| 07/22/2008 | 26 | MEMORANDUM Order Signed by the Honorable Milton I. Shadur on 7/22/2008:Mailed notice(srn, ) (Entered: 07/22/2008) |
| 08/04/2008 | 27 | MOTION by Petitioner Thomas O'Farrell for leave to file and proceed on appeal in forma pauperis; (Attachments). (gej, ) (Entered: 08/07/2008) |
| 08/04/2008 | 28 | NOTICE of appeal by Thomas O'Farrell regarding orders 17 , 18 , 19 , 25 , 26 . (IFP Pending) (gej, ) (Entered: 08/07/2008) |
| 08/04/2008 | 29 | MOTION by Petitioner Thomas O'Farrell for certificate of appealability on Appeal from denial of Writ of Habeas Corpus. (gej, ) (Entered: 08/07/2008) |
| 08/07/2008 | 30 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 28 . Notified counsel (gej, ) (Entered: 08/07/2008)~~ |
| 08/07/2008 | 31 | ~~NOTICE of Appeal Due letter sent to counsel of record. (gej, ) (Entered: 08/07/2008)~~ |
| 08/13/2008 | 32 | MINUTE entry before the Honorable Milton I. Shadur: Enter Statement and Memorandum. This Court has determined that O'Farrell has not made a substantial showing of the denial of a constitutional right, and it therefore finds that no Certificate of Appealability should issue. (29-1) Motion for leave to file without prepayment of the filing fee is granted. (27-1) Petitioner is assessed an initial payment of $24.93. Monthly payments shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $455 in appellate filing fees is paid. (For further details see separate order.) Mailed notice (gmr, ) (Entered: 08/14/2008) |
| 08/13/2008 | 33 | STATEMENT and Memorandum Signed by the Honorable Milton I. Shadur on 8/13/2008. (gmr, ) (Entered: 08/14/2008) |
| 08/18/2008 | 34 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 28 ; USCA Case No. 08-3111. (ep, ) (Entered: 08/19/2008) |

**KEY**

**All items are included in this record.**
**All crossed out items are not included in the record.**
**S/C:  These items are sent under a separate certificate.**
**N/A:  These items are not available.**